■ MESEROLE FACTORY, LLC, Appellant, v ARCH INSURANCE GROUP, Also Known as ARCH SPECIALTY INSURANCE COMPANY, et al., Respondents. [931 NYS2d 533]—

The Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. The defendants established their prima facie entitlement to judgment as a matter of law by demonstrating that the plaintiff failed to provide the defendant Arch Specialty Insurance Company with a sworn proof-of-loss statement within 60 days after receiving a demand to do so, accompanied by proof-of-loss forms (*see* Insurance Law § 3407 [a]; *Ball v Allstate Ins. Co.*, 81 NY2d 22, 25-26 [1993]; *Anthony Marino Constr. Corp. v INA Underwriters Ins. Co.*, 69 NY2d 798, 800 [1987]; *Maleh v New York Prop. Ins. Underwriting Assn.*, 64 NY2d 613, 614 [1984]; *DeRenzis v Allstate Ins. Co.*, 256 AD2d 303, 304 [1998]; *Litter v Allstate Ins. Co.*, 208 AD2d 602 [1994]). In opposition, the plaintiff failed to raise a triable issue of fact.

In light of this determination, the plaintiff's remaining contention need not be reached. Dillon, J.P., Balkin, Eng and Cohen, JJ., concur.